UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00490-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOEL ORTIZ-OROZCO,

      Defendant.
_____

**ORDER**
_____

      This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

      ORDERED that all pretrial motions shall be filed by **Tuesday, January 9, 2007,** and responses to these motions shall be filed by **Thursday, January 18, 2007.**  It is

      FURTHER ORDERED that counsel will notify the Court if a hearing on pending motions or a final trial preparation conference is necessary**.**  It is

      FURTHER ORDERED that a 4-day jury trial is set for **Monday, February 12, 2007, at 9:00 a.m., in courtroom A-1002.**

Dated:  January 2, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge